# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Dallas Division*

Broadcast Music, Inc., et al.
_____
Plaintiff

v.

W.W. Fairfields Club, Inc., et al.
_____
Defendant

3:15-cv-03706-M
_____
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

Plaintiff Broadcast Music, Inc. ("BMI") et al.

_____

provides the following information:

    For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

PLEASE SEE ATTACHED AS EXHIBIT "A"

    A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

PLEASE SEE ATTACHED AS EXHIBIT "B"

| | |
|---|---|
| Date: | November 18, 2015 |
| Signature: | /s/ Dan D. Davison |
| Print Name: | Dan D. Davison |
| Bar Number: | 05590900 |
| Address: | 2200 Ross Avenue, Suite 3600 |
| City, State, Zip: | Dallas, TX 75201 |
| Telephone: | 214-855-8000 |
| Fax: | 214-855-8200 |
| E-Mail: | dan.davison@nortonrosefulbright.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons